UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARRYL MCGORE,

    Plaintiff,      Case No. 1:17-cv-1057

v.             Honorable Paul L. Maloney

UNKNOWN ROBINSON,

    Defendant.
_____/

## **JUDGMENT**

  In accordance with the Order issued this date:

  **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: February 8, 2018      /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge